THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Joey Hicks, Appellant.
 
 
 

Appeal From Aiken County
 James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-264
Submitted April 1, 2005  Filed April 8, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Joey Hicks appeals his plea of guilty to the offense of armed robbery.  The trial judge sentenced Hicks to ten years imprisonment.
Pursuant to Anders v. California, 386 U.S. 738 (1967), counsel for Hicks attached to the final brief a petition to be relieved as counsel, stating she had reviewed the record and concluded Hickss appeal is without legal merit sufficient to warrant a new trial.  Hicks did not file a separate pro se response.
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.[1]
ANDERSON, BEATTY, and SHORT, JJ., concur.

[1] Because oral argument would not aid the court in resolving the issues on appeal, we decide this case without oral argument pursuant to Rule 215, SCACR.